## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Civil Action
Docket No.:
2:13-cv-02747-SJF-ARL
ECF Case

- - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - -)
CLAUDENE CHRISTIAN, Personal                    )
Representative of the Estate of                 )
CLAUDENE MARTILLA CHRISTIAN          )
                                                )
     Plaintiff,                                )
                                                )          STIPULATION OF
v                                               )          DISCONTINUANCE
                                                )
HMS BOUNTY ORGANIZATION, LLC     )
and ROBERT E. HANSEN                             )
                                                )
     Defendants.                             )
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - )

IT IS HEREBY STIPULATED by and between counsel for all parties that the above-referenced case, having been compromised and settled, should be dismissed with prejudice and without costs to any party pursuant to Rule 4l(a) of the Federal Rules of Civil Procedure.

Dated: November 21, 2014

TABAK, MELLUSI & SHISHA LLP
Counsel for Claimant
Estate of Claudene M. Christian

/s/  Ralph J. Mellusi
Ralph J. Mellusi, Esq.
(RM 9680)

29 Broadway, Suite 2311
New York, NY 10006
(212) 962-1590
rmk@admiralty.com

Dated: November 21, 2014                          November 21, 2014


**HMS BOUNTY ORGANIZATION, LLC**
Counsel for Defendant HMS Bounty Organization, LLC

By: /s/  Leonard W. Langer                    /s/  Michael P. Mezzacappa
    Leonard W. Langer, Esq.,              Michael P. Mezzacappa, Esq.
    (LL 1819)                                      (MM 0757)


Thompson & Bowie, LLP                    Kaufman, Borgeest & Ryan, LLP
3 Canal Plaza, P.O. Box 4630             200 Summit Lake Drive
Portland, Maine  04112                    Valhalla, New York 10595
207-774-2500                                  914-449-1028
lwlanger@thompsonbowie.com          mmezzacappa@kbrlaw.com


Dated:  November 21, 2014

**ROBERT HANSEN**

/s/  Frank N. Ambrosino
    Frank N. Ambrosino, Esq.
    (FA 5454)

548 West Jericho Turnpike
Smithtown, NY 11787
(631) 724-4233
fnambrosino@optonline.net


<u>CERTIFICATE OF SERVICE</u>

I, Leonard W. Langer, hereby certify that on November 21, 2014, I electronically

filed the within document with the Clerk of the Court using the CM/ECF system which will

send a notification of such filing(s) to all counsel of record.


                                        /s/  Leonard W. Langer
                                        Leonard W. Langer, Esq., (LL 1819)


Bounty/Christian
Stip of Dismissal
11.21.14